# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL EDWARD JONES,<br><br>　　　　　　Petitioner,<br><br>　v.<br><br>RICKEY RACKLEY,<br><br>　　　　　　Respondent. | Case No. CV 16-4958-JEM<br><br>**J U D G M E N T** |

In accordance with the Memorandum Opinion and Order Denying Petition for Writ of Habeas Corpus and Denying Certificate of Appealability filed concurrently herewith,

IT IS HEREBY ADJUDGED that the action is dismissed with prejudice.

DATED: August 3, 2017　　　　　　　　　　*/s/ John E. McDermott*
　　　　　　　　　　　　　　　　　　　　JOHN E. MCDERMOTT
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE